152 A.3d 759

**HUTTON**

v.

**THODOS**

**Pet. Docket No. 285, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1208, Sept. Term, 2015)

Petition for writ of certiorari denied

152 A.3d 759

**JAREAUX**

v.

**PROCTOR**

**Pet. Docket No. 454, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 772, Sept. Term, 2015)

Petition for writ of certiorari denied